IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00516-M-BM

BARBARA STEPHENS, et al.,                )
                                         )
        Plaintiffs,                      )
                                         )
v.                                       )          ORDER
                                         )
PATRICK PHIYAW, et al.,                  )
                                         )
        Defendants.                      )
                                         )
_____)

These matters come before the court on the Plaintiffs' Motion for Default Judgment on a

Sum Certain [DE 34] and Plaintiffs' Motion to Enter Default Judgment on a Sum Certain [DE 40].

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States

Magistrate Judge Brian S. Meyers issued a memorandum and recommendation ("M&R"),

recommending that this court deny these motions as moot, given the most recently filed Motion to

Enter Default Judgment on a Sum Certain (DE 63), which appears to supersede the present motions

and remains pending. *See* DE 69. Judge Meyers instructed the parties to file any written objections

to the recommendation on or before February 19, 2025. *Id.* The Plaintiffs have filed documents

in response to the M&R, but none objects to Judge Meyers' recommendation concerning the

present motions. See DE 70, 71, and 72. The matter is now ripe for consideration by this court.

A magistrate judge's recommendation carries no presumptive weight. The court "may

accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence

or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord*

*Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of

those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the Plaintiffs' Motions for Default Judgment [DE 34, 40] are DENIED AS MOOT.

SO ORDERED this 10th day of March, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2